09-0258-pr
Wright v. New York State Department
of Correctional Services

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION: "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of April, two thousand ten.

PRESENT:
        PIERRE N. LEVAL,
        ROBERT A. KATZMANN,
        BARRINGTON D. PARKER,
                *Circuit Judges*.

_____

Troy Wright,

        *Plaintiff-Appellant*,

        v.                                          09-0258-pr

New York State Department of Correctional Services, Commissioner Goord, William E. Phillips, Superintendent, Gayle Hoponik, Administrative Deputy, Dr. Carl J. Koenigsmann, Hari Chakravorty, Lester Wright, Louis Jack Pozner, Erin Crotty,

        *Defendants-Appellees*.

_____

FOR APPELLANT: Troy Wright, *pro se*, Stormville, N.Y.

FOR APPELLEE: Andrew M. Cuomo, Attorney General of the State of New York, David Lawrence III, Assistant Solicitor General, New York, N.Y.

Appeal from a judgment of the United States District Court for the Southern District of New York (Sullivan, *J.*).

**UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court be **AFFIRMED.**

Appellant appeals from the district court's order granting summary judgment to Appellees in his 42 U.S.C. § 1983 suit alleging that prison officials were deliberately indifferent in allowing him to be exposed to contaminated drinking water at Green Haven Correctional Facility and in failing to provide adequate medical care for conditions that allegedly resulted from his consumption of that water. We assume the parties' familiarity with the facts, proceedings below, and specification of issues on appeal.

We have reviewed the record and relevant case law *de novo*, and find that the Appellees were entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003) (the grant of summary judgment is reviewed *de novo*); *Davis v. State of New York*, 316 F.3d 93, 100 (2d Cir. 2002) ("conclusory statements or mere allegations [are] not sufficient to defeat a summary judgment motion"). Appellant presented no evidence from which a reasonable jury could conclude that the drinking water at Green Haven was contaminated with

*Helicobacter pylori*, nor that prison officials were deliberately indifferent to the water quality or his medical needs.

Appellant argues that the magistrate judge was without jurisdiction to enter a report and recommendation in this matter absent the parties' consent, and improperly denied his motions for counsel. This matter was properly referred to a magistrate judge for pre-trial proceedings pursuant to 28 U.S.C. § 636(b)(1)(A) and (B); such referral does not require the consent of the parties. And the magistrate judge did not abuse his discretion in denying Wright's motions for the appointment of counsel, as Appellant failed to show that his position was of sufficient substance to require such appointment. *See Ferrelli v. River Manor Health Care Ctr.*, 323 F.3d 196, 200 (2d Cir. 2003) (motions to appoint counsel are reviewed for abuse of discretion); *Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989) (in considering such a motion, a court should first determine whether the movant's "position [is] likely to be of substance"). We have considered Appellant's remaining arguments and find them to be without merit. Accordingly, the judgment of the district court is **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk